PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF Rhode Island
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): SANDRA R. BECKNER

CASE NO.

USA vs.

Defendant: RICARDO MEJIA

Address:

☐ Ir

Birth Date

REDACTED

able)

Social

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Agency

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: District of Rhode Island County

**DEFENDANT**

Issue: ☐ Warrant ☑ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☑ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 3

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | SEE ATTACHMENT | | ☒ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | | | ☐ Felony ☐ Misdemeanor |
| | Estimated trial days: 4 | | ☐ Felony ☐ Misdemeanor |

ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

Defendant: **RICARDO MEJIA**

COUNT I & II: 21 U.S.C. §§ 841(a)(1), (b)(1)(B) - Knowingly and intentionally possess with intent to distribute 500 grams or more of mixture and substance containing a detectable amount of cocaine, a Scheduled II Controlled Substance.

PENALTIES FOR EACH COUNT - 40 years imprisonment, with a minimum mandatory term of five years imprisonment; $2,000,000 fine; a term of supervised release of life, with a minimum mandatory term of four years; and a $100 mandatory special assessment

COUNT III: 18 U.S.C. § 924 (c) - In furtherance of a drug trafficking crime, did knowingly possess a firearm.

PENALTIES: 5 years to life imprisonment; $250,000 fine, 5 years supervised release and a $100 mandatory special assessment.