# United States District Court

DISTRICT OF

RHODE ISLAND

UNITED STATES OF AMERICA

V.

RICARDO MEJIA

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: CR07-5S

TO: Enterprise Car Rental
3A Enterprise Road
Billerica, MA

[X] **YOU ARE COMMANDED** to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Distrct Court<br>District of Rhode Island<br>One Exchange Terrace<br>Providence, RI 02903 | Clerk's Office |
| | DATE AND TIME<br>March 20, 2007<br>9:00 a.m. |

[X] **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

Any records related to the car rental on December 18, 2006, of MA Reg. #92 VG53 - 2005 Chevy Aveo.

Paulette J. Duke
Chief Deputy Clerk

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Mark Kaucell (signature) | 3-7-07 |
| (BY) DEPUTY CLERK | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

Mary S. McElroy, Assistant Federal Defender
10 Weybosset Street, Suite 300, Providence, RI 02903 (401) 528-4281

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 3-7-07 | FEDERAL DEFENDER OFFICE PROVIDENCE, RI |
| SERVED | 3-12-07 | ENTERPRISE RENT-A-CAR 3A ENTERPRISE Rd. Billerica, MA |

SERVED ON (PRINT NAME): Bill LABBARINO

FEES AND MILEAGE TENDERED TO WITNESS: ☐ YES ☒ NO AMOUNT $ ______

SERVED BY (PRINT NAME): DANIEL R. FORTIER

TITLE: INVESTIGATOR

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 3-13-07
Date

Daniel R. Fortier
Signature of Server

FDO - 10 WEYBOSSET ST. #300
Address of Server
PROVIDENCE, RI

ADDITIONAL INFORMATION

In-hand service.