**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-005S** |
| | ) | |
| **EUDY ANTONIO TEJADA PICHARDO** | ) | |
| **and** | ) | |
| **RICARDO MEJIA** | | |

---

## MOTION TO CONTINUE

Now come the accused, Eudy Antonio Tejada Pichardo and Ricardo Mejia , by and through counsel, and move this Honorable Court to continue the jury empanelment in this matter, currently scheduled for May 2007, until the Court's July empanelment date. This Motion is filed in conjunction with a Motion for Enlargement of Time. In addition, in both motions the accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act.

**1. Continuance of Trial**

The trial of this matter is currently scheduled for May 2007. Several issues are unresolved. The government moved for miscellaneous relief in connection with a discovery order. The defendants objected, and the court presently has this motion under advisement. The defendants have also filed joint motions for production of an informant's immigration parole records and to unseal reports and materials pertaining to the sentencing the informant. The government has not yet responded to these motions.

Defense counsel are also investigating all legal rights available to the defendants in this case, and anticipate the need to file additional motions. It is therefore possible, and indeed may be likely that the defendants will seek a further continuance of empanelment and trial. For the moment, however, the defendants request a continuance to allow the court sufficient time to resolve the outstanding motions and for further investigation.

**2. Exclusion of Time under the Speedy Trial Act**

The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). The exclusion of a period of 30 days in this matter will allow for more complete and thorough discovery, allow counsel for the accused to engage in a duly diligent investigation of any witnesses to the events surrounding this case, allow for the filing of additional pretrial motions as necessary, and allow for a more orderly trial. Finally, the Government and public will not be prejudiced by the delay, but will be benefited by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

For all these reasons, defendants ask that this motion be granted.

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remmington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (fascimile)
Tbriodylaw@aol.com

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on April 12, 2007.

/s/Thomas G. Briody