UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| United States of America<br>Plantiff<br><br>vs<br><br>Eudy Antonio Tejada Pichardo<br>and<br>Ricardo Mejia<br>Defendants | CR No. 07-005S |

**ORDER**

Defendants petition this Court for an order requiring the government to disclose: (1) information regarding certain documents contained in a confidential informant's (primary informant) "A-file" relating to the informant's immigration parole status;[1] (2) information regarding any payments made to the primary informant in connection with this case (including the identity of the person who made the payments) and the pay structure under which the primary informant was compensated;[2] and (3) information, including the case name and docket number, about the sentencing of a second confidential

[1]At oral argument, certain information concerning the primary informant's immigration status was disclosed, including the nature and context of the informant's supervised release and the names of the agents involved in that release. This Order covers any additional information relating to the primary informant's A-file or immigration status that the defendants may still seek.

[2]The government has provided some information regarding pay structure and amount.

informant's family member.[3] Nothing in the Defendants' ex parte filings or in their argument to this Court suggests that the government has an obligation under relevant case law to disclose this information, and there is no indication that the information has any relevance possibly beyond the credibility of the confidential informants, if called as witnesses. If and when the government decides to call the confidential informants as witnesses, the defendants may be entitled to some or all of this information to use for impeachment purposes. Consequently, after further consideration of Defendants' Joint Motion to Produce Exculpatory Evidence, the government's response and the Defendants' ex parte submissions, the Defendants' motion to produce the requested information is DENIED.

By Order:

[signature]
Deputy Clerk

Enter:

/s/ William E. Smith
William E. Smith
US District Judge
Date: ~~February 8, 2007~~ 5/21/07

---

[3]The defendants also sought disclosure of the primary informant's pre-sentence report and any motion pursuant to U.S.S.G. § 5K1.1 filed by the government in the primary informant's case, but this information has been disclosed and, therefore, this request is moot.