UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-005S |
| | ) | |
| EUDY ANTONIO TEJADA PICHARDO | ) | |
| and RICARDO MEJIA | ) | |

---

**MOTION TO CONTINUE**

Now come the accused, Ricardo Mejia , by and through counsel, and moves this Honorable Court to continue the jury empanelment in this matter, currently scheduled for July 10, 2007, until the Court's August empanelment date. This Motion is filed in conjunction with a Motion for Enlargement of Time. The accused moves this Court for the exclusion of a total period of 30 days under the Speedy Trial Act 18 USC § 3161(h)(8). In support of this motion, counsel states that there is an outstanding motion to suppress pending in this matter.

Ricardo Mejia
By his Attorney,

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
mary_mcelroy@fd.org

**CERTIFICATION**

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on June 18, 2007.

/s/ Mary S. McElroy