**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-05-2S** |
| | ) | |
| **RICARDO MEJIA** | ) | |

---

## MOTION TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS

Now comes the accused, Ricardo Mejia, by and through his counsel, and moves this Honorable Court to enlarge the time for filing pretrial motions by thirty (30) days. In support of this motion, counsel states that there is an outstanding motion to suppress pending in this matter.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial. The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

Respectfully submitted
Ricardo Mejia
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 18th day of June.

/s/ Mary S. McElroy