IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-005S |
| | ) | |
| RICARDO MEJIA | ) | |

GOVERNMENT'S NOTICE PURSUANT TO FED. R. EVID. 404(b)

To the extent the following evidence is not intrinsic to the offenses charged, the government hereby gives notice of its intent to introduce the following evidence in the trial of United States v. Ricardo Mejia:

On October 20, 2005, the defendant, Ricardo Mejia, possessed with intent to distribute heroin in Lawrence, Massachusetts.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U.S. Attorney
New York Bar
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On July 13, 2007, I caused the within "Government's Notice Pursuant to Fed.R.Evid. 404(b)" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary McElroy, Esquire
Federal Defender's Office
10 Weybosset Street
Providence, RI 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov