AO435
(Rev. 1/90)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

FOR COURT USE ONLY
DUE DATE:

# TRANSCRIPT ORDER

*Read Instructions on Back.*

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| Mary S. McElroy, AFPD | 401-528-4281 | 7-13-07 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| 10 Weybosset Street | Providence | RI | 02903 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS: 10. FROM | 11. TO |
|---|---|---|---|
| 07-05-2S | Smith | 7/5/07 | 7/5/07 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS: 13. CITY | 14. STATE |
|---|---|---|
| United States vs. Ricardo Mejia | Providence | RI |

15. ORDER FOR
- ☐ APPEAL
- ☐ NON-APPEAL
- ☒ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☒ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | Direct & Cross of | |
| ☐ OPENING STATEMENT (Defendant) | | Agent Naylor & Det. Perez | 7/5/07 |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE Mary S. McElroy

PROCESSED BY

19. DATE 7-13-07

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

DEPOSIT PAID
TOTAL CHARGES
LESS DEPOSIT
TOTAL REFUNDED
TOTAL DUE

(Previous editions of this form may still be used)

ORIGINAL - COURT COPY YELLOW - TRANSCRIPTION COPY GREEN - ORDER RECEIPT PINK - ORDER COPY

☆ U.S. GPO: 1994-560-605