**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**
**Plaintiff**

**vs.** **CR. 2007-005-S-LDA**

**EUDY TEJADA-PICHARDO**
**Aka Enoc Soto and**
**RICARDO MEJIA**

**MOTION FOR PRODUCTION**
**OF EXCULPATORY EVIDENCE**
**PERTAINING TO NEW YORK IMPEACHMENT MATERIAL**
**INVOLVING INFORMANTS**

Now comes the defendants, by and through their counsel, and move this honorable court to compel the production of impeachment material involving the informants in this case, and specifically for the following:

1. Any impeachment material, such as promises, rewards or inducements made or provided to the informant identified as "Jose" arising from his services as an informant in the state of New York; *Rationale:* TFA Naylor has testified in a prior proceeding that "Jose" was "given" to agents in Rhode Island by agents in New York, and was originally "capped" by New York agents. Defendants have received no information from the government pertaining to Brady material from New York.

2. Any impeachment material, such as promises, rewards or inducements made or provided to the sub-informant or her "family member" in connection with the charges brought against said family member in United States v. De La Rosa, now pending in the United States District Court in the western district of New York. *Rationale:* Said family member has a pending charge in the

aforementioned case, and the defendants are entitled to know whether the government is providing consideration to the sub-informant's family member as a result of her assistance in the matter captioned above, or for her assistance in other matters.

The defendants hereby incorporate by reference all memoranda previously submitted in support of Brady motions to this court.

/s/ Mary S. McElroy
R.I. Bar no. 4830
Assistant Federal Defender
10 Weybosset Street
Suite 300
Providence, RI 02903
(401) 528-4281
mary_mcelroy@fd.org

/s/ Thomas G. Briody
R.I. Bar no. 4427
The Remington Building
91 Friendship Street
Third Floor
Providence, RI 02903
(401) 751-5151
(401) 421-0876 (facsimile)
Tbriodylaw@aol.com

The undersigned certifies that this motion was filed electronically and distributed to all parties via the ECF system on August 10, 2007.

/s/Thomas G. Briody