**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | **CR 07-005S** |
| **EUDY TEJADA-PICHARDO a/k/a** | : | |
| **Enoc Soto and** | : | |
| **RICARDO MEJIA** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANTS' SECOND MOTION TO UNSEAL**

Defendants move the Court to unseal "parts of the Pre Sentence Report that contain information abut the informant's . . . drug use." In a previous motion (Docket #43), the defendants' moved the Court to unseal the entire presentence report of the informant. The government responded, listing the disclosures already made, and asked the Court to review the presentence report in camera for any impeaching material (Docket #47). The Court issued an order in which it found the defendants' motion moot (Docket #54). Upon receipt of the defendant's second motion, the government reviewed the presentence report again and does not believe that it contains impeaching material regarding substance abuse. If the Court determines that the report contains additional impeachment material that should be disclosed to meet the ends of justice, the government asks that only the material portion of the report be disclosed. See United States v. Molina, 356 F.3d 269, 274 (2d

Cir. 2004); United States v. Gomez, 323 F.3d 1305, 1308 (11th Cir. 2003).

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER

SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney’s Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

On August 16, 2007, I caused the within "Government's Response to Defendants' Second Motion to Unseal" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Thomas G. Briody, Esquire
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903

Mary McElroy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov