**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR 07-005S** |
| **EUDY TEJADA-PICHARDO a/k/a Enoc Soto and RICARDO MEJIA** | : | |

**<u>GOVERNMENT'S RESPONSE TO DEFENDANTS' MOTION TO PRODUCE EXCULPATORY EVIDENCE</u>**

The defendants move the Court to order production of additional impeachment material relating to the informants used in this case (Docket #95). Specifically, the defendants ask (1) whether the primary informant received any benefit from the U.S. Drug Enforcement Administration (DEA) in New York, and (2) whether the second informant or his or her family member received some benefit for assistance provided by the second informant. Also, in a letter sent to the government, Defendant Mejia has asked about the immigration status of the second informant. This motion and another motion (Docket #99) are scheduled for a hearing on August 29, 2007 at 11:00 a.m..

The government has verified that the second informant is a U.S. citizen naturalized on April 11, 2003.[1] The government has

[1] Defendant Mejia also asked "how and when" the informant arrived in the United States. The government is not clear what this request means, however, agents are checking with Immigration Customs Enforcement (ICE) to determine whether this information

also verified that the second informant and his or her family member has not received any benefit for cooperation provided by the second informant. Finally, the government is making inquiries as to whether the DEA in New York provided the primary informant with any benefit for cooperation provided. The government should have this information by the date of the hearing on August 29, 2007 if not sooner.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj

---

regarding "how and when" the second informant arrived in the United States is in the government's possession.

**CERTIFICATE OF SERVICE**

On August 20, 2007, I caused the within "Government's Response to Defendants' Motion to Produce Exculpatory Evidence" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Law Offices of Thomas G. Briody
The Remington Building
91 Friendship Street, Third Floor
Providence, RI 02903

Ms. Mary McElroy
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj