**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-05-2S** |
| | ) | |
| **RICARDO MEJIA** | ) | |

---

**MOTION TO CONTINUE EMPANELMENT AND TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS**

Now comes the accused, Ricardo Mejia, by and through his counsel, and moves this Honorable Court to the empanelment and trial in this matter for an additional thirty (30) days.

In support of this motion counsel states that the following

1. Defense counsel received additional evidence yesterday.
2. The court has not yet ruled on the defendant's motion in limine to exclude 404(b) evidence.
3. Defense counsel is unable to complete her investigation and provide further argument as the court suggested as she has not yet received the documents from the Lawrence Massachusetts case that the government contends are "drug ledgers".
4. Once defense counsel is in receipt of these documents she will need the additional time to review them, investigate them and provide further argument to the court. In addition defense counsel will require additional time to share this information with Mr. Mejia.

The Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial. The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8).

Respectfully submitted
Ricardo Mejia
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 14th day of September, 2007.

/s/ Mary S. McElroy