UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 07-005S |
| | ) | |
| EUDY ANTONIO TEJADA PICHARDO | ) | |
| and | ) | |
| RICARDO MEJIA | | |

---

MOTION TO WITHDRAW

Now comes Mary S. McElroy, counsel for Ricardo Mejia, and moves this Honorable Court to allow her to withdraw as counsel for Mr. Mejia. In support of this motion counsel avers the following:

1. She has represented Mr. Mejia in this matter since January 12, 2007.
2. On September 18, 2007 at the trial calendar call on this case the Assistant United States Attorney provided her with two CD recordings which she classified as Jencks Act disclosures.
3. Those recordings contain two conversations between TFA Michael Naylor and the female subinformant. The conversations involve the subinformant's contact with another client of the federal defender's office
4. Despite the U.S. Attorney's classification of the material as Jencks Act material, it clearly presents exculpatory evidence that must be investigated in the defense of Mr. Mejia.
5. Further representation of Mr. Mejia and investigation of this case presents a conflict of interest for defense counsel and the investigator involved in this matter.

For these reasons counsel requests that her motion be granted, the court appoint counsel for Mr. Mejia and vacate the October 30th trial date that has been previously scheduled.

Respectfully submitted.

Ricardo Mejia
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

**CERTIFICATION**

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 20th day of September, 2007.

/s/ Mary S. McElroy