**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR 07-005S** |
| | : | |
| | : | |
| **RICARDO MEJIA** | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO WITHDRAW**

The existence of a conflict of interest is a matter for the defense counsel, her client, and the Court. See generally Mickens v. Taylor, 535 U.S. 162,166-73 (2002); United States Ramirez-Benitez, 292 F.3d 22, 29-31 & n. 2 (1st Cir. 2002). Accordingly, the government does not take a position with respect to defense counsel's motion to withdraw.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

On September 24, 2007, I caused the within "Government's Response to Defendant's Motion to Withdraw" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary McElroy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov