UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 1:07CR-5-2S

RICARDO MEJIA

ENTRY OF APPEARANCE

I, George J. West, Esq., hereby enter my appearance for the defendant, Ricardo Mejia, in the above matter.

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

Date: October 3, 2007

CERTIFICATION

I hereby certify that I caused the filing of the above-entitled Entry of Apperance through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com on 10/3/2007.

/s/ George J. West