IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-05-02S |
| | ) | |
| Ricardo Mejia | ) | |

**MOTION TO JOIN CO DEFENDANT EUDY ANTONIO TEJADA PICHARDO'S MOTION AND MEMORANDUM FOR PRODUCTION OF EXCULPATORY EVIDENCE PERTAINING TO LISA TORRES, JOHN CICILLINE, AND THE SUBINFORMANT AND REQUEST FOR EVIDENTIARY HEARING**

Now comes the Defendant, Richard Mejia, by and through counsel, and moves that the court allow said defendant to join the motion of co-defendant Eudy Antonio Tejada Pichardo, currently pending before the court, seeking production of evidence concerning the female subinformant and the government's conduct in connection with said subinformant.

The defendant hereby requests all exculpatory evidence, an evidentiary hearing, and production of individuals in connection therewith, sought by the co-defendant, as presented in document 126 and filed with the court. The defendant relies upon the cases cited in the motion and supporting memorandum as filed in document 126.

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042
(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at Sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com on 10/15/2007.

/S/ George J West