IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-05-02S |
| | ) | |
| Ricardo Mejia | ) | |

**MOTION TO JOIN CO DEFENDANT EUDY ANTONIO TEJADA PICHARDO'S MOTION AND MEMORANDUM FOR COURT ORDER COMPELLING PRODUCTION OF BILLING INFORMATION PERTAINING TO THE FEMALE SUB INFORMANT AND TO SUPPLEMENT SAME**

Now comes the Defendant, Ricardo Mejia, by and through counsel, and moves that the court allow said defendant to join the motion of co-defendant Eudy Antonio Tejada Pichardo, currently pending before the court, requesting an order compelling:

1. Production of the Cingular Wireless cellular telephone number or numbers attributed to the female subinformant; and
2. Authorization for the issuance of a subpoena for all invoices for the period of November and December, 2006 for the Cingular wireless telephone or telephones used by the female subinformant.

Mr. Mejia additionally requests an order compelling:

1. The name of the phone company or cell phone provider associated with the numbers provided as potential contacts for Lisa Torres
2. Authorization for the issuance of a subpoena for all invoices for the period of November and December, 2006 for the wireless telephone or telephones used by Lisa Torres.

The defendant incorporates by reference the facts[1] arguments raised by co-defendant Eudy Antonio Tejada Pichardo's motion and supporting memorandum as filed with the court in USA v. Tejada Pichardo, et al, document 146. The defendant relies upon the cases cited in the motion and supporting memorandum as filed in document 146.

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042
(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at Sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com on 11/26/2007.

/S/ George J West

[1] With regard to the 39 calls referenced in co-defendant's memorandum, 13 of the calls, or attempts at contact, were between the female sub-informant and phone number provided by the government as belonging to the male informant, known as Jose. The remaining 26 contacts referenced on December 18, 2006 were between the female sub-informant and numbers provided by the government as belonging to Lisa Torres.