IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-05-02S |
| | ) | |
| Ricardo Mejia | ) | |

**MOTION IN LIMINE AND TO JOIN CO-DEFENDANT EUDY ANTONIO TEJADA-PICHARDO'S MOTION TO PRECLUDE EXPERT TESTIMONY**

Now comes the defendant, Ricardo Mejia by and through counsel, and moves that this court allow said defendant to join the motion of codefendant Eudy Antonio Tejada-Pichardo, currently pending before the court, and otherwise, in limine seeking preclusion of proposed expert testimony of TFA Naylor or any other police "expert" or in the alternative, that the court conduct a hearing to determine whether TFA Naylor's credentials are sufficient to offer expert testimony pursuant to FRE 104(a), 701, 702, 703, and 704 with regard to (1)the meaning of alleged "code" words used by drug traffickers; (2) alleged "drug ledgers" seized in connection with drug arrests and the "significance" or meaning of such ledgers; (3) the tactics of law enforcement officers engaged in drug trafficking, including the use and control of informants; and (4) any other "expert" opinion referenced by the government in its discovery letters to the defendant and his codefendant.

The defendant hereby incorporates by reference and relies upon the arguments and cases cited by codefendant, in support of his motion to preclude expert testimony as filed in document 153, as well as those arguments that may be advanced at a hearing on this motion.

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042
(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at Sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com on 11/30/2007.

/S/ George J West