IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 05 2007
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| vs. | ) | No. CR-07-005-02S |
| RICARDO MEJIA, Defendant. | ) | |

**ORDER**

This matter came on for hearing before the court on Defendant, Eudy Antonio Tejada-Picardo's Motion for order compelling production of billing information pertaining to the female sub-informant and co-defendant Ricardo Mejia's joinder in that motion and supplementary request. The supplementary request includes, inter alia, authorization for the issuance of a subpoena to applicable telephone service providers for all invoices for the period of November and December 2006 for telephone service which the government has indicated is connected to Lisa Torres. The defendants also made an oral request to obtain a subpoena directed at AT&T Wireless for cell site data for December 18, 2006 in connection with the female sub-informant's AT&T/Cingular Wireless service.

After hearing thereon and consideration thereof it is:

ORDERED, ADJUDGED and DECREED as follows:

1. **AT&T Wireless** is ordered to produce the following records for review by Sandra Beckner, Assistant United States Attorney, Office of the United States Attorney, Fleet Center, 50 Kennedy Plaza, Providence :

- For the cellular telephone of customer [redacted]
- For the period December 18, 2006
- For the telephone connected with AT&T account # [redacted].
- Any records containing information or data showing the physical and or geographic location of the said cellular telephone for the day in question commonly known as "cell site data". Such records commonly reflect the recorded contact between the customer's cell phone and various cell towers the phone has been in contact with.

**AT & T Wireless** are ordered to produce any and all invoices and or telephone records for the telephone number:

- [redacted]
- for the period of November, 2006 and December 2006.
- Such telephone records and or invoices or bills may or may not bear the name Lisa Torres.

**Cox Communications** are ordered to produce any and all invoices and or telephone records for the telephone number:

- [redacted],
- [redacted]
- for the period of November, 2006 and December 2006
- Such telephone records and or invoices or bills may or may not bear the name Lisa Torres.

**Sprint Nextel** are ordered to produce any and all invoices and or telephone records for the telephone numbers:

- [redacted],
- [redacted],
- [redacted],
- [redacted]
- for the period of November, 2006 and December 2006.
- Such telephone records and or invoices or bills may or may not bear the name Lisa Torres.

2. Defendant's Motion to Issue Subpoena for the production of telephone records to the telephone service provider of the individual known as Lisa Torres is granted for each of the telephone numbers identified by the government to the defendants as attributable to Lisa Torres.

3. Defendant's Motion for issuance of a subpoena for production of cell site data for the period December 18, 2006 for the telephone of female sub-informant to AT&T/Cingular Wireless is granted.

4. Each subpoena shall be returnable to Assistant United States Attorney, Sandra Beckner, at the Office of the United States Attorney, 8th Floor, Fleet Center, Providence, Rhode Island 02903.

5. The Assistant United States Attorney shall review documents obtained pursuant to the said subpoena and redact identifying telephone information relative to the cooperating informants.

6. The United States Marshal's office is hereby ordered to serve such subpoena as defendant's counsel may request in connection with this order as expeditiously as practicable.

ENTERED as an order of this court this 5th day of December, 2007.

ENTER:

WSmith

12/5/07

PER ORDER: Vincent Baldwell.

Presented by:

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above-entitled Order through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com on 12/5/2007.

/s/ George J. West