IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-05-02S |
| | ) | |
| Ricardo Mejia | ) | |

**MOTION TO JOIN CO-DEFENDANT EUDY TEJADA-PICHARDO'S MOTION TO REOPEN EVIDENTIARY HEARING**

Now comes the Defendant, Ricardo Mejia, by and through counsel, and moves that the court allow said defendant to join the motion of co-defendant Eudy Antonio Tejada Pichardo, currently pending before the court, requesting that the evidentiary hearing with respect to the conduct of the female sub-informant, and specifically her relationship with Lisa Torres be reopened.

The defendant hereby incorporates by reference, and relies upon, the arguments as set forth in document 167 and filed with the court. Mr. Mejia specifically incorporates paragraphs 2 – 7; 10; 11; and 14 of said motion as filed in document 167.

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042
(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at Sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com on 12/6/2007.

/S/ George J West