IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-05-02S |
| | ) | |
| Ricardo Mejia | ) | |

**MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER**

Now comes the defendant, Ricardo Mejia, by and through his attorney and requests that the court enter an order extending the time for conduction of Discovery and preparation and filing of Pretrial motions in the within matter. In support of this motion the defendant asserts the following:

1. In the evening hours of December 5, counsel for the government faxed information pertaining to the location of the female subinformant's telephone on December 18, 2006 to counsel for the defense. The government advised that cellular telephone records show that "the female informant's personal cellular telephone was used to place several telephone calls to Task Force Agent Mike Naylor's cellular phone between 7:12 p.m. and 8:23 p.m."
2. Records sent along with the government's letter establish five telephone calls between the female informant's personal cellular phone and TFA Naylor's phone.
3. The female informant previously denied having any contact with Lisa Torres on the evening of December 18, 2006. She has testified under oath that she

frequently left her personal phone with a babysitter, at home, and that she had done so on this occasion.

4. The information produced by the government, however, establishes that the female informant was in possession of her personal cell phone on the evening of December 18, 2006.

5. It is submitted that this information is in contradiction of the female informant's testimony, under oath, before this court and further suggests that the female informant was not truthful in her representations to TFA Naylor.

6. The production of this information requires further inquiry and may lead to the filing of additional motions as well as new avenues of investigation in adequately preparing for the defense of this case.

7. Additionally, the unusual circumstances of this case have resulted in significant time being expended on the preparation and examination of the apparent connection between the cooperating female sub informant and Lisa Torres issues. As such the investigation of the facts surrounding this case and the preparation of Mr. Mejia's defense requires additional time.

For these reasons, the defendant avers that the interests of justice would be served by allowing counsel additional time, to investigate the facts and circumstances more fully in order to adequately represent the defendant.

Currently, counsel requires an additional thirty (30) days, or whatever the court deems appropriate to further investigate and prepare any necessary motions. Such continuance should therefore be excludable for speedy trial calculation. As a consequence of the foregoing request Counsel necessarily moves that the within matter

be removed from the December 18, 2007 Calendar call and that empanelment and Pretrial Scheduling Order be vacated at this time and reassigned.

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042
(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at Sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com on 12/6/2007.

/S/ George J West