IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-05-02S |
| | ) | |
| Ricardo Mejia | ) | |

**OBJECTION TO MOTION BY LISA TORRES TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, TO IMPOUND SUBPOENED TELEPHONE RECORDS**

Now comes the defendant, Ricardo Mejia, by and through his counsel, and objects to the motion by Lisa Torres to quash subpoena of telephone records, or in the alternative, to impound said telephone records.

The telephone records requested by the defendant were authorized by this court in connection with the investigation of contact between the female subinformant and Ms. Torres, in the above referenced case. The defendant hereby asserts that said telephone records have a tendency to make the existence of a fact that is of consequence to the determination of the action more probable or less probable under Federal Rule of Evidence 401. Lisa Torres asserts privacy issues and the potential for the telephone records to produce incriminating evidence against her as the basis for quashing the subpoena. The defendant contends that privacy issues and the potential revelation of incriminating evidence are not sufficient concerns to deny the defendant access to exculpatory materials and would undermine Mr. Mejia's constitutional rights to a fair trial.

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042
(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's ECF System be forwarded to Sandra Becker, Esq., A.U.S.A. at Sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com and Miriam Conrad at miriam_conrad@fd.org on 12/6/2007.

/S/ George J West