**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. CR-07-005-02S** |
| | ) | |
| **RICARDO MEJIA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

This matter came on for hearing before the court, on December 11, 2007, United States District Court Judge William E. Smith presiding, in connection with a Motion to Quash Subpoena filed by Lisa Torres in connection with this court's order granting said subpoena and issuing an Order of Production dated December 5, 2007.

After hearing thereon and consideration thereof it is:

ORDERED, ADJUDGED and DECREED as follows:

1. The motion of Lisa Torres by and through her counsel is granted. The Order of December 5, 2007 for production of the telephone records of Lisa Torres issued to AT&T Wireless, Cox Communications and Sprint/Nextel is vacated and the subpoenas are quashed.

ENTERED as an order of this court this 12th day of December, 2007.

ENTER:

WSmm

PER ORDER: Daniel Baldwin.

Presented by:

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I sent a copy of the foregoing order to Sandra Beckner, Esq., A.U.S.A. at sandra.beckner@usdoj.gov and Thomas G. Briody, Esq. at Tbriodylaw@aol.com and Miriam Conrad, Esq. at Miriam Conrad@fd.org on 12/11/2007.

/s/ George J. West