**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR 07-005S** |
| | : | |
| **RICARDO MEJIA** | : | |

**GOVERNMENT'S OBJECTIONS TO DEFENDANT'S PROPOSED VOIR DIRE**

The government objects to the below-listed proposed voir dire questions submitted by the defense on the grounds that such questions are irrelevant probing that will unnecessarily delay jury selection:

Questions 1h-1k

Question 2-2d

Question 11e

Question 14

Question 16

The objectionable questions do not relate to any issues in the case and will not assist the Court in determining whether a prospective juror will fairly and impartially weigh the evidence in this case.

Additionally, the government contends that Questions 20-32 and Question 35 are essentially duplicative of the Court's standard instructions and questions regarding the burden of proof

and the presumption of innocence. As such, the government objects to the repetition of such questioning.

The remaining questions submitted by defense counsel are either standard questions asked by the Court in every jury selection or questions that relate to the more sensitive issues in this case. Accordingly, the government has no objection to these questions.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

**CERTIFICATE OF SERVICE**

On January 8, 2008, I caused the within "Government's Objections to Defendant's Proposed Voir Dire" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. George J. West
Attorney at Law
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov