EXHIBIT -A-

# The Commonwealth of Massachusetts
## Department of State Police

Crime Laboratory
59 Horse Pond Road
Sudbury, Massachusetts 01776
Telephone (508) 358-3110 Facsimile (508) 358-3111

Pocket + Bedroom 209 Warren ST.

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

EDWARD A. FLYNN
SECRETARY

COLONEL THOMAS G. ROBBINS
SUPERINTENDENT

| | | | |
|---|---|---|---|
| Laboratory Case Number: | 05-11885 (1 of 2) | Date: | December 4, 2005 |
| Defendant or Suspect: | Ricardo Mejia | Agency Case Number: | 0005-106-831C |
| Agency: | MSP Essex County Detective Unit (106) | | |

I hereby certify that the: 91.17 grams of tan powder in the knotted plastic bag in the white plastic bag

Contained in the: plastic evidence bag

Submitted to the laboratory for: Sergeant W. C. Canty

Date submitted to the laboratory: October 25, 2005

**Has been examined by me with the following results:**

No Controlled Substances were detected. The powder was found to contain Lactose.

Colleen M. Barry
Colleen M. Barry
Chemist

CMB/ast

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.

Colleen M. Barry, whom I know to be a Chemist of the Massachusetts Department of State Police Crime Laboratory, appeared before me and affirmed the above to be the results made on Laboratory Number 05-11885.

Sworn and subscribed to before me this 5th day of December 2005.

ANDREW H. BOGLE
Notary Public
My Commission Expires
May 2, 2008

Notary Public

Chapter 22C, Section 39

A certificate by a chemist of the department of the result of an analysis made by him of a drug furnished him by a police officer of the department, signed and sworn to by such chemist, shall be prima facie evidence of the composition, quality, and weight of such drug.

Excellence In Service Through Quality Policing