# The Commonwealth of Massachusetts

## Department of State Police

Crime Laboratory
59 Horse Pond Road
Sudbury, Massachusetts 01776
Telephone (508) 358-3110 Facsimile (508) 358-3111

MITT ROMNEY
*GOVERNOR*

KERRY HEALEY
*LIEUTENANT GOVERNOR*

EDWARD A. FLYNN
*SECRETARY*

COLONEL THOMAS G. ROBBINS
*SUPERINTENDENT*

| | | | |
|---|---|---|---|
| Laboratory Case Number: | 05-11885 (2 of 2) | Date: | December 4, 2005 |
| Defendant or Suspect: | Ricardo Mejia | Agency Case Number: | 0005-106-831C |
| Agency: | MSP Essex County Detective Unit (106) | | |

| | |
|---|---|
| I hereby certify that the: | 2.68 grams of tan powder in the knotted plastic bag |
| Contained in the: | plastic evidence bag |
| Submitted to the laboratory for: | Sergeant W. C. Canty |
| Date submitted to the laboratory: | October 25, 2005 |

Has been examined by me with the following results:

The powder was found to contain 5% Heroin, a Class A Controlled Substance as defined under Chapter 94C, Section 31 of the General Laws. The powder was consistent with containing Sulfamethoxazole and Trimethoprim, both Class E Controlled Substance as defined under Chapter 94C, Section 31 of the General Laws. Procaine was present as an adulterant.

Colleen M. Barry
Colleen M. Barry
Chemist

CMB:ast

COMMONWEALTH OF MASSACHUSETTS

Middlesex, ss.
Colleen M. Barry, whom I know to be a Chemist of the Massachusetts Department of State Police Crime Laboratory, appeared before me and affirmed the above to be the results made on Laboratory Number 05-11885.

Sworn and subscribed to before me this 5th day of December 2005.

ANDREW S. BOGLE
Notary Public
My Commission Expires
May 2, 2008

Notary Public

Chapter 22C, Section 39
A certificate by a chemist of the department of the result of an analysis made by him of a drug furnished him by a police officer of the department, signed and sworn to by such chemist, shall be prima facie evidence of the composition, quality, and weight of such drug.

*Excellence In Service Through Quality Policing*