EXHIBIT -C-


N. Lane 402
RETURN SERVICE REQUESTED
514 222 2335
1 800 765 6688
209 Water
Frank
Jen
job

M

Rafael

8046565

4989805

3046565
7945567
4989805
12396?

32
32
64
32

2000
2000
4000
4000

16,000
8,000
24,000

96,000
24,000

240,000
241,000

686

5192688
7555457

5382020
4963080
7304139

96
48
24
72

96
72
768,000

52

16

2000
2000

300

32
32
32
32
128

16000
8000
24000

64
64
128
64

6664250

4757400

24000
128,000
152000

7834239 62

715-7219

R

2834