EXHIBIT 1

31 - 3 Menton
100 - Motoncho
91 - Ramon
30 - Juno
3 - Franklin
62 - Providen
50 - Jovany
10 - Lenny
31 - Mono
15 - Sunet
15 - Morenito
15 -
19 - Pavelo
62 - Jose