EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

| | |
|---|---|
| USA | CRIMINAL ACTION 07-005S |
| VS. | DECEMBER 3, 2007 |
| EUDY ANTONIO TEJADA-PICHARDO | PROVIDENCE, RI |

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH
DISTRICT JUDGE
(DAUBERT HEARING)

APPEARANCES:

FOR THE GOVERNMENT: SANDRA BECKNER, ATTY.
U.S. Attorney's Office
50 Kennedy Plaza
Providence, RI 02903

FOR THE DEFENDANT EUDY TEJADA-PICHARDO: THOMAS G. BRIODY, ESQ.
91 Friendship Street
3rd Floor
Providence, RI 02903
(401) 751-5151

FOR THE DEFENDANT RICARDO MEJIA: GEORGE J. WEST, ESQ.
One Turks Head Place
Suite 312
Providence, RI 02903
(401) 861-9042

Court Reporter: Anne M. Clayton, RPR
One Exchange Terrace
Providence, RI 02903

Proceeding reported and produced by computer-aided stenography

A. If you were a kilogram dealer, you could buy two kilograms, take it back, add some cutting agent to it, break it up and rerock it is what they do, put it into a press type thing and make another kilogram out of it, and then maybe make four kilograms out of it reducing the purity. Same thing with ounce levels. If you sell someone 62 grams, a typical dealer will go out and buy cutting agents, add some cutting agents to it and make a hundred grams, if it's a decent purity. If they bought it at a poor purity, then they know they really can't step on it that much.
Q. And by step on it, you mean adding cutting agents?
A. Yes, ma'am.
Q. Let's talk about some of the tools of the trade in the drug business. Can you give me some examples of standard equipment that you find during drug investigations?
A. We'll find scales. We'll find packaging materials. Depending on the size of the dealer, if it's an ounce dealer, we'll find plastic baggies and a smaller scale. If it's a kilogram dealer, we'll find duct tape, plastic wrapping material, a rerocking machine sometimes, and the triple beam scale. Different things like that. We found all different types of cutting agents. They're constantly coming up

with more cutting agents. We've found ledgers. We've found telephones, cellular telephones, prepaid telephones, SIM cards that go inside telephones. They're frequently switched from phone to phone.

Q. Now, what's a ledger?

A. A ledger is some type of a code. Some people write them on paper. Some of the new phones, they can put them in their phones, their ledgers. It will list who owes you what and how much you have out on the street, giving some type of a tally of what you have going on.

Q. And why are these used?

A. It's important to keep track of how much you have on the street, how much cocaine you have on the street. Some people will do it if they're anticipating getting cocaine, they'll break down how much -- before they order, how much they're going to need. They'll call up and take orders, say how much they wanted. So you get a pretty good feel of what type of business they're doing.

Q. So you mean drug dealers always don't get paid right away for the drugs they're providing?

A. No.

Q. What's that called in the drug business when you provide drugs without getting paid for it?

# C E R T I F I C A T I O N

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Anne M. Clayton

Anne M. Clayton, RPR

Dec. 7, 2007

Date