EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

COPY

| | |
|---|---|
| USA | CRIMINAL ACTION 07-005S |
| VS. | DECEMBER 3, 2007 |
| EUDY ANTONIO TEJADA-PICHARDO | PROVIDENCE, RI |

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH
DISTRICT JUDGE
(DAUBERT HEARING)

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | SANDRA BECKNER, ATTY.<br>U.S. Attorney's Office<br>50 Kennedy Plaza<br>Providence, RI 02903 |
| FOR THE DEFENDANT EUDY TEJADA-PICHARDO: | THOMAS G. BRIODY, ESQ.<br>91 Friendship Street<br>3rd Floor<br>Providence, RI 02903<br>(401) 751-5151 |
| FOR THE DEFENDANT RICARDO MEJIA: | GEORGE J. WEST, ESQ.<br>One Turks Head Place<br>Suite 312<br>Providence, RI 02903<br>(401) 861-9042 |
| Court Reporter: | Anne M. Clayton, RPR<br>One Exchange Terrace<br>Providence, RI 02903 |

Proceeding reported and produced by computer-aided stenography

Does half a bird mean half a kilo or does two girls mean two kilos or does it mean two grams. That's the difficult part.

By drug codes, you're, essentially, talking about a phone conversation, for example, where two people are discussing an illegal drug transaction, their concern that they're being monitored, and as a result of the concern, they refrain from using specific words that would refer to illegal substances and they use cover words.

Q. And it's your testimony that's an the attempt to evade detection by law enforcement; is that right?

A. Yes, ma'am.

Q. Now, can you please define what a drug ledger is for me.

A. A drug ledger would be a recording or a written -- could be electronic documentation, so to speak, of either anticipated or previous transactions for, you know, cocaine, heroin, any kind of narcotic substance or other things.

Q. What does a drug ledger look like in your experience?

A. Well, I've seen drug ledgers that have been written on everything from a regular notebook pieces of paper, small -- to accounting systems, actual

accounting systems where they had full-blown Quick Books documenting their narcotics trafficking. So it kind of runs the gamut of what a drug ledger would look like.
Q. Let's talk about the ones that, say, would be handwritten, you said on pieces of paper, that sort of thing. What does it look like in your experience?
A. Names and numbers or symbols and numbers.
Q. So it would be like a list of names with numbers listed next to the name?
A. Right.
Q. Mr. Broadmeadow, when was the last time that you attended a law enforcement sponsored school relating to narcotics investigation?
A. Law enforcement sponsored school? That would probably be 1995.
Q. 1995? And what was that school?
A. I believe that school was a supervisory liability. It wasn't specifically on narcotics, but it dealt with supervisory liability for narcotics and informant investigations, that type of stuff.
MS. BECKNER: I have nothing further, your Honor.
THE COURT: Thank you. Is there any redirect?
MR. BRIODY: Yes, your Honor.

C E R T I F I C A T I O N

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Anne M. Clayton

Anne M. Clayton, RPR

Dec. 7, 2007

Date