IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 07-05-02S |
| | : | |
| RICARDO MEJIA | : | |

GOVERNMENT'S SUPPLEMENT TO ITS RESPONSE TO DEFENDANT MEJIA'S MOTION IN LIMINE TO EXCLUDE DRUG LEDGERS

In reviewing the exhibits attached to the defendant's motion, the government noticed that the defendant neglected to attach all of the ledgers seized from the defendant's person. Accordingly, the additional ledgers seized from the defendant's pockets are attached to this supplement. For purposes of the motion and motion hearing, these ledgers are "Government Exhibit 3."

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

On January 22, 2008, I caused the within "Government's Supplement to its Response to Defendant Mejia's Motion In Limine to Exclude Drug Ledgers" to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. George J. West
Attorney at Law
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov