EXHIBIT 3

The Commonwealth of Massachusetts
DISTRICT COURT DEPARTMENT
LAWRENCE DIVISION

LINDA BRANDIN
PROBATION OFFICER

FENTON JUDICIAL CENTER
2 APPLETON STREET
LAWRENCE, MA 01840

TEL: (978) 687-7184 ext. 2421
FAX: (978) 686-2063

Tu tienes un
warrante' en
Attleboro Court

llamame

ALEX 4,000 - 460
826 2,395
* - 3912
Pe = 2,755

Ramon 31 MAW = 69.14
Juop 84 NWPY = 317.45
Ramon 148 RAM = 14
Edin 20 ALEX 87
Guinea 14 R = 400
Manuel 31 8,000
" 14 390
ALEX 103

T = PUTY

| | | |
|---|---|---|
| ARIS | 500 | 10,500 |
| Primo | 500 | +9,750 |
| MAMIO | 250 | 5,375 |
| CULON | 200 | 4,300 |
| MONT | 14 | 350 |
| MOELO | 20 | 550 |
| CHAPA | 200 | = 2,800 |
| MANUEL | 56 | = 1,800 |
| MONT | 35 | = 875 |
| JOSE | 14 | 350 |
| RAMON | 14 | 335 |
| ulo | 69 | 449 |
| Sum... | 14 | |
| Ramon | 28 | 670 748 |

| | |
|---|---|
| JUDQ | 500 |
| ALEX | 500 |
| JUAN | 300 |
| JONC | 200 |
| BURQ | 500 |
| JOSE | 100 |
| CUÑA | 250 |
| ARIS | 500 |
| Lower | 50 |
| OSO | 100 |

DE2325

3,000 = 56,100
2,000
1,300
10,500
38500

1,800

2,400
100
2,400
2,000
1,500
500

900

5,900

JUAN C. 5,000
CHAPA 2,400
CUÑO 1,500

3,000
2,400
2,400
500
7,000
15 300
2,000

~~4,000~~
13,300
5,000
8,300
7,300
1,800

100
250
50

18,775
27,360
46,135    1,243

| | | | |
|---|---|---|---|
| | PRIMO | 150 x 23 = | 3,450 |
| | ALEX | 100 x 23 P = | 2,300 |
| | JOSE | 14 x 25 P | 350 |
| | O JU | 37 x 24 R65 | 890 |
| | AMIG M | 20 x 25 P | 500 |
| | RAM | 50 x 24 P | 1,200 |
| | RAM | 31 x 24P | R - 400 = 745 |
| | JOSE | 14 x 25 P | 350 |
| | babu | 15 x 25 R175 | 375 |
| | ALEX | 300 x 22 P | 6,600 |
| | RAM | 50 x 24 P | 1,200 |
| | RAM | 31 x 24 P | 745 |
| | Com | 50 x 23 P | 1,150 |
| Δ | EWD ~~Most~~. | 20 x 25 P | 500 |
| | Com. | 50 x 23 | 1,150 |
| | ALEX | 200 x 22 P 2,100 | 4,400 |
| | EWD | 5 x 22 | 110 |
| | RAM | 31 x 24 ~~P~~ | 745 |
| | Most | 15 x 25 | 375 |
| | RAM | 15 x 24 | 360 |
| | Com. | 31 x 23 | 715 |
| | Jose | 14 x 25 | 350 |

813 x 18775

6,135

Primo

ALEX 200 x 23

Bom. 62 x 23

RUM 32 x 24

4640
1,800
740
3,100

ELPIDIO MERCEDES

Micho
2100

974 2022410
Moreno
Romon
(978) 551-0579
Chop
978-847-4742
Juang
347-573-70
HC

**Palacio**
MULTI SERVICES & TRAVEL AGENCY

**Betsaida Valentin**
CEO

*Phon: 978.453.5455*
*Fax: 978.453.5455*
*Cell: 978.944.2486*
*email: betsaida valentin@yahoo.com*

Roberto collado
978 360 4733
Vitamina

Pedro Primo
509- 478-2086

Enrique
590-3284

Joso 14
Gurres 14
" 14
Romo 14
Sulmo 14. V/ov

Joso 14 SAB
Con 12
Gor 12
Gor 14 DOM

Rom 14
Most 14 Lun

LIS (978) 390-5154 Office (978) 794-1471

RANSPORT SOLUTION & SERVICE
134 West St. Lawrence, MA 01841

arga
ligones
Pesado

Santo Domingo Puerto Rico
Centro y sur America-Africa
Mudanza, Carros a Miami
Salvage Inspection

---

Sangre Latina

*Vende para usted Zapatos, Tenis, Perfumes, Ropa y Prenda de Oro y mucho mas!!*

*Con los mejores precios!*

Tel: (978) 886-9017

Geraldo Gomez
*Propietario*

---

Palacio

MULTI SERVICES & TRAVEL AGENCY

*.Incom Tax Preperation*
*.Special Education Orientation*
*.Immigration Orientation*
*.Documents translation*

Midas
590-5[illegible]

935-3570

---

Auto Yard, LLC

Auto Yard

Monday Thru Saturday
8:00 AM To 6:00 PM

201 Lawrence Rd.
Salem, NH 03079

Sales: (603) 898-9702
Parts: (603) 898-9568
Fax: (603) 898-9703

www.Auto-Yard.com

---

Tel: 978 975-5700 • 688-6960
794-1152 • 794-3809

Cortesia • Servicio Inmediato
326 Broadway Lawrence Mass. 01841

CORPORATION EXPRESS INC.

1-888-840-7705
1-800-860-9586

69

---

MENEITO TRAVEL

jes Para Toda Parte
De Billis
io De Cheques
y Orders
o Para Toda Parte

78-687-0606
78-390-3999

91 Newbury Street
Lawrence, MA 01840

---

UNIVISION 27
WUNI • BOSTON

66 TELEFUTURA BOSTON • WUTF

ENTRAVISION COMMUNICATIONS CORPORATION

Maria Rivera
Account Executive

33 Fourth Avenue
Needham, MA 02494
781.433.2727 tel
781.433.2750 fax
mrivera@entravision.com

---

Royal Prestige

Tel: (978) 273-5494

**Royal Prestige**

*Sistema de Salud • Purificadores de Agua y Destiladores de Agua*
*Purificadores de Aire • Vajillas Finas, etc.*

Oportunidad de Empleo

*49 Blanchard St. Suite 305*
*Lawrence, MA 01843*

**Alexander Ramirez**
Manager

**american RESOURCE STAFFING** Network™

ANGELA ACOSTA
Office Manager

20 South Broadway
Lawrence, MA 01840
Email: aacosta@arsnjobs.com

Office (978) 989-9859
Fax (978) 989-9868
Fax (508) 328-4852

*Visit our Web Site: www.arsnjobs.com*

---

**NEBENZAHL DuBOSQUE, L.L.P.**

Geoffrey DuBosque, Esq.
Attorney at Law

office 978-462-2800
fax 978-462-2559

79 State Street, Ste. 200
Newburyport, MA 01950
gdubosque@yahoo.com

---

**CARLI PINTURA**

EL CARLI
508-245-6950

45 Brook St
Lawrence MA 01841

---

6 Salidas Diarias desde New York para Lawrence

4:00AM 1:00PM
7:00AM 4:00PM
9:00AM 7:00PM

Rest. Mambi Expr...
558 W 181 St
New York, NY 100...
(entre St. Nicholas y Audubon)

*"El Ejemplo de la Transportación"*

**MAXIMO TRANSPORTATION LLC**

212-740-4989 • 866-823-0525

NY: Bronx, Brooklyn, Manhattan, Queens

---

RAF 110420 9978

*"El Ejemplo de la Transportacion"*

**MAXIMO TRANSPORTATION LLC**

6 Salidas Diarias desde Lawrence para New York

3:00 AM 1:00 PM
7:00 AM 4:00 PM
9:00 AM 7:00 PM

978-327-6139 ~ 978-327-6140
866-823-0525

MA: Lawrence, Lowell, Methuen, Haverhill
NH: Nashua, NH, Manchester, NH

205 Broadway
Lawrence, MA 01841

---

PH 978.788.3595
2way 183*906*5365

Merengue | Bachata | Salsa | Reggaeton
Good for 1 day




...llero S.P.M
(978) 397-6753
[illegible] 919-0381
[illegible] 590-9345
(978) 406-0384
Chano 949-0835
Tolo 517-2059
L: 702-4037
900-5556
Nono
373-2936
Jose
978-786-1400




10/24/06
(bRm #4
9:00 AJ.



Tuie 1,620 Debo
978.390.4772
Nelson

MA
978
88

Escoseso
978-689-3224
Dani 5
397-8123
Taxito
978-659-2190

Kenny
569-5042

Bill
978-259-3242
Jose
978-397-3964
Pelo
978-397-9098

Rafy 31 x 24 745
Alex 7 x 22.5 = 160

Bon 50 x 25 12.
RAM 14 x 24
" 31 x 24
Guines 14 x 25
Bom Hill 50 x 25
... x 22.5
Guines 28 x 25
" 14 x 25
Juso. 112 x 23
Guine 28 x 25
Alex 3 x 80

La Guines 14
Jua 15 - R
La Guines 28
Jua 62
RAM 14 - 250
Alex 350 =
J11 3 = 80
Ale
Guines 14 = 350

6,025
1,575
1,150
1,705

SM = 14
Mont = 14
Kelv = 14

Mdm 08 = 800
RDM 14 =
Gexo 50 =
11 70 =
TALLER 68 -
Joso 14 =
Guines 14 =
Mdm 38 = 800
Guines 14 =

Bomp 50
RDM 14
Most 14
Guin 14
" 14
P. Nool 100

Joso 14
Most 14
Post 14
Jua 56

...arling
...gent
...nt Task Force

U.S. Department of Homeland Security

Office of the Special Agent in Charge
10 Causeway Street Suite 722
Boston, MA 02222
(617) 799-9530 tel
(617) 565-7422 fax
Peter.Darling@dhs.gov

**U.S Immigration and Customs Enforcement**

---

MERAH
978-590-2115

1-800-860-9586
1-888-840-7705

**CORPORATION EXPRESS INC.**

Cortesia • Servicio Immediato
326 Broadway Lawrence, MA 01841

**Tel: 978** 975-5700 • 688-6960
794-1152 • 794-3809

---

**LA CARIBEÑA CALLING CENTER**

Agentes Authorizados Por
Quisqueyana

Servicios De:
llamadas, Envios, Fax
Fotocopias, Tarjetas, Prepagadas de Cellulars,
Pago de Biles y Money Order.

53A Berkeley St.
Lawrence, MA 01841

Priscilla Soto
Michael Ventura y
Cariñosamente El Papa

Tel: (978) 725-6848
Fax: 978-683-3619

---

**ANDARIEGO**
RESTAURANTE & CANTINA
...0 Riverside Drive · Methuen, MA 01844
978.682.2330

---

"Sopa La 7 Potencia"

**DOWN EAST**
**FISH & CHIPS**
**Fresh Seafood**
**New Administration**

**39 Manchester St.**
**Lawrence, MA**

**688-8132**

---

FELIX BARBERSHOP

Jose Languinas
978 7373533

344 Hampshire St
Lawrence, MA 01841
(978) 557-5625

---

...stal Motors
We Finance Everyone

...ark St.
..., MA 01841

☎ 978-681-6555
Fax: 978-681-6551

---

GALVEZ AIR CONDITIONED SERVICE

Especialidad En Unidad Central Y Domestica
Reparaciones De
Neveras, Estufas
Lavadora, Secadoras
Y Aire Acondicionado

Tenico
MONCHO GALVEZ

Servicio Domicillo

Tel: (978) 902-6332

---

AUTO REPAIR
SKILLED MECHANICS

EDY 1600
1,200
2,000
1,350

**MIGUEL AUTO CLEANING & TIRE**
Servicio Rapido y Profesional
Mecanica En General

911 Florence St.
Lawrence, MA. 01841

TEL: 978-725-3576