IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-05-02S |
| | ) | |
| Ricardo Mejia | ) | |

**MOTION TO STRIKE JUROR FOR CAUSE**

Now comes the defendant, Ricardo Mejia, by and through counsel and moves to strike the Juror identified in Court Exhibit – Document number 202 on the Pacer system. This juror sent a letter to the court which was the subject of a disclosure hearing before Magistrate Judge Almond on January 15, 2008. At that hearing the court advised that the juror in question wrote to say that she had neglected, by oversight to mention ties to law enforcement she had. These ties were with law enforcement in states other than Rhode Island. Magistrate Judge Almond conducted a careful and painstaking question of juror's claiming law enforcement ties at the voir dire. Much of that was conducted before the panel. The defense can not envision any adequate explanation for the omission. Therefore an order is hereby requested striking the said juror for cause.

Respectfully Submitted,
Defendant Ricardo Mejia
By his attorney,

/S/ George J. West

George J West, Esq. #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
(401)861-9042

(401)861-0330 Fax
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I caused the filing of the above Motion through the United States District Court for the District of Rhode Island's via this Court's ECF system and in the same manner forwarded to Sandra Becker, Esq., A.U.S.A. at Sandra.beckner@usdoj.gov on this 25th day of January, 2008

/S/ George J West