**Mere Presence**

The government has alleged that the defendant knowingly possessed the cocaine base charged in the indictment. If you find as a fact that the defendant was merely present in the vehicle and had no knowledge of the cocaine base charged in the indictment, you must find him not guilty of the possession of the cocaine base with the intent to distribute.