AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

EXHIBIT AND WITNESS LIST

USA v. Ricardo Mejia

CASE NUMBER: CR07-05-02S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Sandra Beckner | George West |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/28/08, 1/29/08, 1/30/08, 1/31/08 | Anne Clayton | Wendy Feile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| — | | 1/28/08 | — | — | W-1 Agent Michael Naylor |
| 10 | | 1/28/08 | ~~ID~~ | FULL | Audio Recording 12-11-06 |
| 10A | | 1/28/08 | ~~ID~~ | FULL | Transcript of Audio Recording 12-11-06 |
| 11 | | 1/28/08 | | FULL | Audio Recording 12-12-06 |
| 11A | | 1/28/08 | | FULL | Transcript of Audio Recording 12-12-06 |
| 12 | | 1/28/08 | ~~ID~~ | FULL | Audio Recording 12-12-06 |
| 12A | | 1/28/08 | | FULL | Transcript of Audio Recording 12-12-06 |
| 13 | | 1/28/08 | | FULL | Audio Recording 12-18-06 |
| 13A | | 1/28/08 | | FULL | Transcript of Audio Recording 12-18-06 |
| 9 | | 1/28/08 | | FULL | Video Recording |
| 9A | | 1/28/08 | | FULL | Transcript of Video Recording |
| 6 | | 1/28/08 | | FULL | Nextel Cellular Phone |
| 6A | | 1/28/08 | ~~ID~~ | FULL | Phone Records |
| 8 | | 1/28/08 | | FULL | Business Card |
| 8A | | 1/28/08 | | FULL | Napkin |
| 8b | | 1/28/08 | | FULL | Notebook Paper |
| 8c | | 1/28/08 | | FULL | Stack of Cards |
| 8d | | 1/28/08 | | FULL | Business Card |
| 4 | | 1/28/08 | | FULL | Nextel Cellular Phone |
| 18 | | 1/28/08 | | FULL | Photograph - Phone |
| 4A | | 1/28/08 | | FULL | Phone Records |
| 17 | | 1/28/08 | | FULL | Photograph - Phone |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Ricardo Mejia CASE NUMBER: CR07-05-02S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5 | | 1/28/08 | | Full | Disney Cellular Phone |
| 5A | | 1/28/08 | | Full | Phone Records |
| 2 | | 1/28/08 | | Full | Suitcase |
| 14 | | 1/28/08 | | Full | Photograph - Suitcase |
| 15 | | 1/28/08 | | Full | Photograph - Suitcase |
| 1 | | 1/28/08 | ~~ID~~ | 1/30/08 Full | Cocaine and Packaging |
| 3 | | 1/28/08 | ~~ID~~ | Full | Handgun |
| 7 | | 1/28/08 | | Full | Allen Wrench and Bolts |
| 16 | | 1/28/08 | | Full | Notebook |
| | A | 1/28/08 | | Full | Falette Indictment |
| | | DAY 2 | | | |
| | B | 1/29/08 | | Full | Diagram of Streets |
| | C | 1/29/08 | | Full | Sketch of Vehicle |
| — | — | 1/29/08 | — | — | W-2 James Hassett |
| — | — | 1/29/08 | — | — | W-3 Paul Iwuc |
| — | — | 1/29/08 | — | — | W-4 Patricia Cornell |
| | D | 1/29/08 | | Full | Photographs |
| — | — | 1/29/08 | — | — | W-5 Dectective Andre Perez |
| 19 | | 1/29/08 | | Full | Rights Waiver (Spanish) |
| 20 | | 1/29/08 | | Full | Rights Waiver (English) |
| | E | 1/29/08 | | Full | Diagram of Streets w/ notations |
| | | DAY 3 | | | |
| — | — | 1/30/08 | — | — | W-6 Agent Jamie Schiffer |
| | F | 1/30/08 | ~~ID~~ | Full | Diagram of Vehicle |
| — | — | 1/30/08 | — | — | W-7 Agent Joseph Colanduano |
| 21 | | 1/30/08 | | Full | Contacts between Mejia and TejAdA |
| | G | 1/30/08 | | Full | Drawing of Vehicle |

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Ricardo Mejia CASE NUMBER: CR07-05-02S

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | H | 1/30/08 | | Full | Drawing of Streets |
| | I | 1/30/08 | | Full | R.I. Registration for Automobile |
| | | 1/30/08 | | | W-8 Denise Giraldi |
| | | 1/30/08 | | | W-9 Ambrioris Fallette |
| | | 1/30/08 | | | W-10 Susanna Torres |