IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 07-005S
)
RICARDO MEJIA )

**VERDICT FORM**

1. As to Count 1 of the Indictment, conspiracy to distribute and to possess with the intent to distribute 500 grams or more of cocaine, we the jury find the Defendant, Ricardo Mejia

| | |
|---|---|
| ✓ | |
| GUILTY | NOT GUILTY |

2. As to Count 2 of the Indictment, possession with the intent to distribute 500 grams or more of cocaine, we the jury find the Defendant, Ricardo Mejia

| | |
|---|---|
| | ✓ |
| GUILTY | NOT GUILTY |

3. As to Count 3 of the Indictment, possession of a firearm in furtherance of a drug trafficking crime, we the jury find the Defendant, Ricardo Mejia

| | |
|---|---|
| ✓ | |
| GUILTY | NOT GUILTY |