United States District Court
for the District of Rhode Island

United States of America

vs. Case No. CR07-05-02S

Ricardo Mejia

**EXHIBIT RECEIPT**

Government's Jury Trial Exhibit(s) 1, 2, 3

Signature of ~~Attorney~~ AGENT:

Joseph A. Colarusso

David A. DiMarzio, Clerk

Wendy Geil
Deputy Clerk