L/0776

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

March 11, 2008

Mr. George J. West
Attorney at Law
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

Re: *United States v. Ricardo Mejia*, CR-07-05-02S

Dear Mr. West:

Enclosed please find a copy of the Bureau of Alcohol, Tobacco, and Firearms (ATF) trace report received by the government on March 11, 2008. In the interest of full disclosure, a copy is provided to you for your records.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
SANDRA R. BECKNER
Assistant United States Attorney

Enclosure