ATF
Bureau of Alcohol, Tobacco, Firearms and Explosives
U.S. Department of Justice

# Online LEAD 2.2

*Bureau of Alcohol, Tobacco, Firearms and Explosives*

## Detailed Trace Information

Printable Version

The table below contains all the information currently available fo

Return to Report

### Dealer Information

| | | | | |
|---|---|---|---|---|
| FFL Name: | IDC AMERICA, INC | | | FFL Numbe |
| Street: | 153 PLAISTOW RD | | | |
| City: | PLAISTOW | State: | NEW HAMPSHIRE | Zip Cod |

### Individual Information

| | | | | |
|---|---|---|---|---|
| Role Played: | MULTIPLE | Involve Date: | 2006-07-06 | ID I |
| Last Name: | VILLENS | First Name: | DONALD | |
| Date of Birth: | [redacted] | Race: | WHITE | Sex |
| Street Name: | 7 POND ST | | | |
| City: | SALEM | State: | NEW HAMPSHIRE | Zip |
| POB State: | MASSACHUSETTS | POB Country: | UNITED STATES | |

### Weapon Information

| | | | | |
|---|---|---|---|---|
| Serial No: | X734857 | Manufacturer: | IBERIA FIREARMS | Type: |
| Model: | JCP40 | Caliber: | 40 | Barrel: |
| Finish: | | Origin: | UNITED STATES | Importer Name: |

### Weapon Information

| | | | | |
|---|---|---|---|---|
| Serial No: | X451949 | Manufacturer: | HASKELL (MFGR) | Type: |
| Model: | JHP45 | Caliber: | 45 | Barrel: |
| Finish: | | Origin: | UNITED STATES | Importer Name: |

Return to Report

| | | | | |
|---|---|---|---|---|
| **Street Name:** | | | | |
| **City:** | LAWRENCE | **State:** | MASSACHUSETTS | **Zip** |
| **POB State:** | | **POB Country:** | UNITED STATES | |

## Individual Information

| | | | | |
|---|---|---|---|---|
| **Role Played:** | POSSESSOR | **Involve Date:** | | **ID** |
| **Last Name:** | MEJIA | **First Name:** | RICARDO | |
| **Date of Birth:** | 1970-12-21 | **Race:** | HISPANIC | **Se** |
| **Street Name:** | 329 HIGH ST | | | |
| **City:** | LAWRENCE | **State:** | MASSACHUSETTS | **Zip** |
| **POB State:** | | **POB Country:** | UNITED STATES | |

## Recovery Locations Information

**Recovery Date:**

| | | | | |
|---|---|---|---|---|
| **Street Name:** | WASHINGTON AVE | | | **Ap No** |
| **City:** | PROVIDENCE | **State:** | RHODE ISLAND | **Zip** |
| **Country:** | UNITED STATES | | | |

## Trace Information

| | | | | |
|---|---|---|---|---|
| **Request Date:** | 2008-01-24 | **Completion Code:** | S1 | |
| **SA Agency:** | PROVIDENCE FIELD OFFICE | | | **B N** |
| **SA Last Name:** | SCHIFFER | **SA First Name:** | JAMIE | |
| **SA City:** | PROVIDENCE | **SA State:** | RHODE ISLAND | **S** |
| **OA Agency:** | | | | **O** |
| **OA Last Name:** | | **OA First Name:** | | |
| **OA Street Name:** | | | | |
| **OA City:** | | **OA State:** | | **O** |

## Weapon Information

| | | | | | |
|---|---|---|---|---|---|
| **Serial No:** | X451949 | **Manufacturer:** | HASKELL (MFGR) | **Type:** | |
| **Model:** | JHP45 | **Caliber:** | 45 | **Barrel:** | |
| **Finish:** | | **Origin:** | UNITED STATES | **Importer Name:** | |

Return to Report