**AFFIDAVIT**

The undersigned, being duly sworn, makes affidavit and states as follows:

1. That I am Joseph Broadmeadow, Managing Partner, Advantage Investigations, LLC, P.O. Box 2363, Providence, RI 02906.

2. That my credentials are set forth in the attached resume at Exhibit A

3. That in connection with the prosecution entitled, United State of America v. Ricardo Mejia, CR. No. 07-005-02S, at the request of defense counsel, George J. West, Esq., I investigated the facts and circumstances in connection with the ATF trace report attached hereto and made a part hereof by reference as Exhibit B. In connection with that effort, I attempted to contact and locate the listed purchaser of the weapon.

4. The subject was identified on the said trace report as Donald Villens, 7 Pond Street, Salem, New Hampshire, date of Birth, 7/30/1965.

5. I was unable to locate anyone by that name at this address or in the State of New Hampshire.

6. Similarly, I checked on the listed business, IDC America, 153 Plaistow Road, Plaistow, New Hampshire listed as the purveyor of the stated firearm.

7. I could locate no such business.

8. I also checked with the New Hampshire Secretary of State's Office, and the only listing is I.D.C. of America, 87 ½ English Range Road, Derry, New Hampshire. It is listed as an inactive corporation.

9. Further, my investigation revealed that no active firearms dealers were located at the provided address in the trace report.

The foregoing is true to the best of my knowledge, information and belief.

Joseph Broadmeadow
Advantage Investigations, LLC
P.O. Box 2363
Providence, RI 02906

Subscribed and sworn to before me this 19TH day of MAY, 2008.

Stephen M. Crenshaw
Notary Public

My commission expires: 09-04-09

**JOSEPH BROADMEADOW**

P.O. Box 2363 Providence, RI 02906 | 401-640-8822 | jbroadmeadow@advantagesc.com

## PROFESSIONAL EXPERIENCE

**Managing Partner, Advantage Investigations, Providence, RI** 2002 – present

Private Investigations/ Physical, Operational, and Data Security Consulting/ Digital Forensics

**Vice President, Pamet Systems, Acton, MA** 1998 – 2004

Software development for Records Management, Computer-Assisted Dispatch, and Intelligence analysis for Public Safety agencies

**Captain, East Providence Police Department, East Providence, RI** 1995 – 1998

Division Commander, Investigative Services managing investigative resources, personnel deployment and assignment, and progress of all major investigations. Directly supervised informant management program.

**Lieutenant, East Providence Police Department, East Providence, RI** 1991 – 1995

Uniform Patrol Shift Commander. Detailed to Narcotics Unit and OCDETF to supervise Electronic Surveillance and Undercover Operations involving multi-jurisdictional investigations

**Sergeant, East Providence Police Department, East Providence, RI** 1987 – 1991

Road Supervisor, Patrol Division. Detailed to Narcotics Unit for Electronic Surveillance Operations

**Detective, East Providence Police Department, East Providence, RI** 1983 – 1987

Assigned as Investigator, Vice and Narcotics. Operated in an undercover capacity of Local, State, and Federal Agencies, managed and controlled numerous informants and controlled buy investigations.

## AWARDS

United States Department of Justice Outstanding OCDETF Officer 1985, 1992, 1994
RI Department of the Attorney General Commendation for Excellence 1984, 1987, 1992,
Numerous FBI, DEA, ATF and other agency awards

## TEACHING EXPERIENCE

National White Collar Crime Center (Computer Forensics) 1985-1994
Bristol Community College (Guest Lecturer, Criminal Justice Program, Electronic Surveillance, Drug Investigation Operations

## SPECIALIZED TRAINING

DEA Basic Investigators School
ATF Undercover Operations Training
National White Collar Crime Multi-jurisdictional Investigative Management
FBI Undercover Operations Training

## MEMBERSHIPS

Infragard (FBI-Private industry partnership on Computer Security)
RI Fraud Investigators
Computer Security Institute
Computer Crime Investigators Association

**U.S. Department of Justice**

*United States Attorney*
*District of Rhode Island*

Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

(401) 709-5000
FAX (401) 709-5001

L/0776

March 11, 2008

Mr. George J. West
Attorney at Law
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

Re: *United States v. Ricardo Mejia*, CR-07-05-02S

Dear Mr. West:

Enclosed please find a copy of the Bureau of Alcohol, Tobacco, and Firearms (ATF) trace report received by the government on March 11, 2008. In the interest of full disclosure, a copy is provided to you for your records.

Sincerely,

ROBERT CLARK CORRENTE
United States Attorney

By: [signature]
SANDRA R. BECKNER
Assistant United States Attorney

Enclosure