A. Yes. And part of our education as interpreters is that we need to expose ourselves, or to read about different types of Spanish. Like we have to buy a lot of material and read a lot of material about the Spanish, the kind of Spanish that is spoken in Mexico or the Spanish that is spoken in Dominican Republic or in Puerto Rico or in Costa Rica.

So again, that would give us a broader base, linguistically speaking, so that we know if a person says a word that we already understand what that word is and to come up with the equivalent in English.

Q. Why can't you just talk general Spanish? Is there such a thing?

A. Well, it could be, but because we never know what the person's background is in terms of what is their academic background, how long they lived in the United States, how well they speak. Maybe there are a lot of defendants who speak English and sometimes we need to be aware of that. But we as interpreters really need to have a very broad base of different varieties of Spanish, different varieties of the way Spanish is spoken.

Q. Okay. What's a heritage speaker?

A. A heritage speaker is defined as someone who can speak or understand, and/or understand Spanish, in this

case at home. That's the language that was spoken at home, but the person never has any formal training in that language.

Q. Okay. And what's the difference between a heritage speaker and someone like yourself?

A. Well, a heritage speaker is their vocabulary is very limited. Very often that language is only spoken at home, or with close relatives, or with friends. It's spoken in a social environment. Also, heritage speakers will, most of the time, cannot hold a complete conversation in their heritage language because they don't have that ability. The heritage language is only spoken, again, in a very familiar, close setting.

An interpreter, on the other hand, is someone who does it, has had formal training in that language. Usually heritage speakers can only speak the language and understand it but they cannot read it or they cannot write it proficiently, or they cannot read it or write it at all. An interpreter, on the other hand, is someone who has had formal training in that language, can read it, can write it fluently, in addition to speak it, and has read enough in different areas that can really converse either in that language or in English.

Q. And if someone was in, let's say, Colombia until

have to, in addition to confidentiality issues, we have to render the exact words that are being said from anyone that is speaking the language that is not understood by the others.

Q. Let me just clarify that point for my own understanding. When you say you have to say exactly what's said, the art of interpreting means you're taking the meaning of what I'm saying, and as closely as you can you're relating it to the person in their language. Is that a fair summary of the act of an interpreter? It's not a verbatim statement from English to Spanish, is it?

A. No, it is not. I have to take into consideration how the person is going to understand it in the fashion that's being said. Sometimes we have to take cultural issues into consideration. What it makes sense in one language, if I render a word-by-word interpretation may not make sense in the other language, and that happens very often say, for example, with idiomatic expressions that have meaning only in one culture, or have a different meaning, or have no meaning in another culture.

Q. I hate when people do this to me, but I have to put you on the spot. Could you think of an idiomatic expression that might be an example?

Q. Now, I want to just talk for a minute, if you know the answer to this question, do you know how many dialects are spoken in Colombia?
A. I believe that there are at least three that I'm aware of.
Q. Can you, from memory, say anything about them? Do you remember what they are?
A. No, I do not.
Q. Okay. Is it the same dialect, based on your understanding, that is spoken in the Dominican Republic?
A. No.
Q. What are the differences, to the best of your understanding?
A. The words that are used from one region. Again, Dominicans, and I think anyone from any other Hispanic country, have a very distinctive way of speaking not only in terms of rhythm but also in terms of the words that they use, because I think that in my experience, what I have learned, and this is based on my own experience, is that when someone speaks, sometimes we can tell in general if a person is from Colombia or if a person is from Guatemala. Again, that may be only because we all have a very different rhythm of speaking.