IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR. No. 07-05-02S
)
RICARDO MEJIA )

SUPPLEMENT TO GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR A NEW TRIAL

In its response to defendant's motion for a new trial, the government set forth the facts known to the government regarding the creation of a Bureau of Alcohol, Tobacco and Firearms (ATF) trace report of the weapon seized in this case. Since filing its response, the government has received additional information pertaining to the creation of the trace report. SA Jamie Schiffer, the ATF agent that requested the trace report in this case, called the National Tracing Center regarding the date on which the Center completed its trace report. SA Schiffer was told that the report was "closed" on January 30, 2008 and "printed" on January 31, 2008.

In SA Schiffer's experience, typically the requesting agent will be able to access the trace report online before he receives a hard copy of the report in the mail. Approximately one week after making the trace report request, SA Schiffer began checking Online Leads, which is a National Tracing Center database, to determine if the report had been completed. He checked the online database every few days, and the first time he was able to retrieve the report was on February 13, 2008. SA Schiffer never

received a trace report in the mail from the National Tracing Center.

In addition to the facts set forth above, the government asks that the Court consider United States v. Baker, 453 F.3d 419 (7th Cir. 2006), another case in which the Seventh Circuit Court of Appeals held that information regarding the past owners of a firearm was not material in a trial for being a felon in possession. In Baker, the Seventh Circuit reaffirmed its holding in United States v. Gillaum, 372 F.3d 848 (7th Cir. 2004), a case discussed at length in the government's response to the defendant's motion for new trial. See id. at 423-24 ("Gillaum underscores that evidence of alternative ownership will rarely be sufficient to demonstrate materiality where there is credible evidence of possession.").

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/ s / SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02803
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2008, a copy of the within "Supplement to Government's Response to Defendant's Motion for a New Trial" was filed electronically and is available for viewing and downloading from the ECF system.

Electronic notification:

Mr. George J. West
Attorney at Law
One Turks Head Place, Suite 312
Providence, Rhode Island 02903

/s/ SANDRA R. BECKNER
SANDRA R. BECKNER
Assistant U. S. Attorney
NY Bar
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
sandra.beckner@usdoj.gov