UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. CR. No. 07-005-02S

RICARDO MEJIA

**ASSENTED TO**
**MOTION TO ENLARGE TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT AND/OR SENTENCING MEMORANDUM AND TO REASSIGN SENTENCING**

Now comes Ricardo Mejia, by and through his appointed counsel, and moves for additional time to file objections to the presentence report and/or sentencing memorandum. At this time counsel is seeking additional time to confer with his client relative to the presentence report and is required to coordinate to obtain interpreter services. Counsel seeks additional time to prepare and file objections to said report after further consultation with his client. A revised presentence report was received today which must be similarly reviewed with the defedant. It is respectfully requested that sentencing be set for October 31, 2008. Counsel similarly seeks that the date for sentencing

previously set be vacated. The Government has no objection to the continuance.

/s/ George J. West,
George J. West, Esq., #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
Telephone: 401-861-9042
Facsimile: 401-861-0330
Email: GEORGEW180@aol.com

CERTIFICATION

I hereby certify that I sent a copy of the foregoing Motion to Enlarge Time to Sandra Beckner, Esq., A.U.S.A. at sandra.beckner@usdoj.gov on 9/10/2008.

/s/ George J. West